# UNITED STATES DISTRICT COURT
## Middle DISTRICT OF Pennsylvania

Juan Perez Cuevas
Petitioner

v.

Pike County Jail
Respondent

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: **1 : CV01-1008**

FILED SCRANTON
JUN 0 6 2001
PER _CM_
DEPUTY CLERK

I, Juan Perez Cuevas, declare that I am the (check appropriate box)

[X] petitioner/plaintiff    [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant    [ ] _____ (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to repay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor: that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net salary.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. 9/30/97. $1600.00

2. Have you received within the past twelve months any money from the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]    No [ ]
   b. Rent payments, interest of dividends?    Yes [ ]    No [ ]
   c. Pensions, annuities life insurance payments?    Yes [ ]    No [ ]
   d. Gifts or inheritances?    Yes [ ]    No [ ]
   e. Any other sources?    Yes [X]    No [ ]

If the answer to any the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Sometimes from family and friends. Last money order $50.00 around March 2001.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [ ]          No [X]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]          No [X]
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Not applicable at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/23/01
            (Date)                                    Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein das the sum of $ .51 on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_____

_____

I further certify that during the last six months the applicant's average balance was $ 23.40.

                                    Authorized Officer of Institution

## ORDER OF COURT

|  |  |
|---|---|
| The applicant is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____  United States Judge       Date | _____  _____  United States Judge/ Magistrate    Date |