**ORIGINAL**

④

Amo
7/16/01

Juan Perez Cuevas
Pike County Jail
HC8-Box 8601
Hawley, Pa. 18428

Hon. Mary E. D'Andrea, Clerk    July 6, 2001
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Re: 1:01-Civ-01008

Hon. Clerk:

    The purpose of this letter is to inform you, that I had decided to drop the above-entitled action.

    I beg you pardon me, for the inconvenience.

Respectfully submitted

Juan Perez Cuevas
A34-204-095
Pike County Jail
HC8-Box 8601
Hawley, Pa. 18428

Ps:
Sorry that I wrote
the wrong address.