T:01-CV-1008



Juan Perez Cuevas
York County Prison
3400 Concord Rd.
York, Pa. 17402

September 13, 2002

Office of The Clerk
U.S. District Court
Middle district of Pennsylvania
235 North Washington Avenue
Scranton, Pa. 18501

Honorable Clerk:

The purpose of this letter is to inform this Honorable Court that I have been transferred to the above named prison, and would appreciate if any correspondence pertaining to my legal action is mailed to my new address.

Thank you in advance for yours most valuable time and consideration with this matter.

Respectfully submitted

Juan Perez Cuevas
A34-204-095
Pro/Se Petitioner
York County Prison
3400 Concord Road
York, Pa. 17402

FILED
SCRANTON
SEP 1 8 2002
PER _____
DEPUTY CLERK